**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HUNTSMAN INTERNATIONAL LLC AND THE HUNTSMAN INTERNATIONAL LLC EMPLOYEE WELFARE BENEFITS PLAN,** §§§§§ | |
| *Plaintiffs,* §§§ | **CIVIL ACTION NO. 2-24-cv-00404** |
| **v.** §§ | |
| **AETNA LIFE INSURANCE COMPANY,** §§§ | |
| *Defendant.* § | |

## JOINT MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF APPEAL IN RELATED LITIGATION

Plaintiffs and Defendant ("Aetna") respectfully jointly move for a stay pending resolution of an appeal in related litigation currently pending in the United States Circuit Court of Appeal for the Fifth Circuit. *See Aramark Servs., Inc., et al. v. Aetna Life Ins. Co.*, No. 24-40323 (5th Cir.) (on appeal from No. 2:23-cv-446-JRG, E.D. Tex.) ("*Aramark*").

1. Like the Plaintiffs in this case, the *Aramark* plaintiffs filed suit in this Court alleging that Aetna breached fiduciary duties. The Master Service Agreement between the *Aramark* plaintiffs and Aetna (the "Aramark MSA") contains an arbitration provision. Aetna filed a petition in federal district court in Connecticut seeking to compel arbitration. Aetna then moved in this Court for stay pending disposition of the petition to compel arbitration. On April 26, 2024, the Court denied Aetna's motion for stay (the "Denial") on the basis the *Aramark* plaintiffs' claims against Aetna fall within what the Court calls a "carve-out" in the Aramark MSA and so are not subject to mandatory

arbitration. *Aramark Servs., Inc. v. Aetna Life Ins. Co.*, No. 2:23-CV-00446-JRG, 2024 WL 1839465, at *2–5 (E.D. Tex. Apr. 26, 2024).

2.      Aetna is appealing the Denial to the Fifth Circuit and filed a motion in this Court for a stay of proceedings pending the appeal.  On August 2, 2024, the *Aramark* plaintiffs filed an unopposed motion to withdraw their opposition to the motion to stay proceedings pending the appeal to the Fifth Circuit.  *See Aramark*, Dist. Ct. Doc. 55 ("Aramark no longer objects to entry of an Order staying proceedings pending appeal."). On August 8, the Court granted the unopposed motion to withdraw the opposition to the motion to stay.  *See Aramark*, Dist. Ct. Doc. 56.

3.      The arbitration provision at issue in this case is identical to the provision in *Aramark*. *See* Doc. 1 at ¶ 8 n.1 ("Analyzing an identical arbitration clause, this Court has already held [in *Aramark*] …"). This case thus raises the same threshold issues as *Aramark*.

4.      District courts have authority to stay proceedings as part of their "inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases."  *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016). "[I]t is decidedly *inefficient* to conduct parallel proceedings addressing the same underlying issues." *Homespire Mortgage Corp. v. Gold Star Mortgage Fin. Group, Corp.*, No. CV 21-00306-BAJ-SDJ, 2023 WL 5167345, at *3 n.2 (M.D. La. Jan. 27, 2023) (observing that the court would stay proceedings in such circumstances) (emphasis in original).

5.      Given the close relation of the cases and the parallel threshold questions, the parties agree that this case should be stayed until the *Aramark* appeal is resolved by the Fifth Circuit.

Plaintiffs and Defendant therefore jointly move for a stay of all proceedings, including discovery, pending the final resolution of the Fifth Circuit proceedings in *Aramark*.

Respectfully Submitted,

*/s/ Melissa R. Smith*

**Melissa R. Smith**
Texas State Bar No. 24001351
*melissa@gillamsmithlaw.com*
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**John B. Shely**
Texas State Bar No.18215300
*jshely@HuntonAK.com*
**M. Katherine Strahan**
Texas State Bar No. 24013584
*kstrahan@HuntonAK.com*
**David W. Hughes**
Texas State Bar No. 24101941
*DHughes@HuntonAK.com*
HUNTON ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200

**Peter J. Kocoras** (admitted *pro hac vice*)
*Peter.Kocoras@ThompsonHine.com*
**Gregory H. Berman**
(admitted *pro hac vice*)
*Gregory.Berman@thompsonhine.com*
THOMPSON HINE LLP
20 North Clark Street, Suite 3200
Chicago, Illinois 60602-5093
(312) 998-4241

**ATTORNEYS FOR DEFENDANT,
AETNA LIFE INSURANCE CO.**

-3-

*/s/ Jennifer Truelove*
Jennifer Truelove
Texas Bar No. 24012906
MCKOOL SMITH, P.C.
*jtruelove@mckoolsmith.com*
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903-923-9000
Telecopier: 903-923-9099

Jon Corey
*jcorey@mckoolsmith.com*
D.C. Bar No. 491311
MCKOOL SMITH, PC
1999 K Street, N.W., Suite 600
Washington, DC 20006
Telephone: (202) 370-8300
Facsimile: (202) 370-8344

David I. Schiefelbein
New York State Bar No. 4767398
*dschiefelbein@mckoolsmith.com*
Emily B. Tate
New York State Bar No. 5769153
*etate@mckoolsmith.com*
MCKOOL SMITH, PC
1301 Avenue of the Americas, 32nd Floor
New York, NY 10001
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

**ATTORNEYS FOR PLAINTIFFS,
HUNTSMAN INTERNATIONAL LLC AND
THE HUNTSMAN INTERNATIONAL LLC
EMPLOYEE WELFARE BENEFITS PLAN**

-4-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 19, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiffs and Counsel for Defendant have complied with the meet and confer requirement in Local Rule CV -7(h) regarding this Notice. The Parties are in agreement and are seeking joint relief.

*/s/ Melissa R. Smith*
Melissa R. Smith

011168.0000204 DMS 307812910v2